UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| STEVE GARRISON, | Case No. 16-cv-02687-LB |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| EDMUND G. BROWN, et al., | [Re: ECF Nos. 1, 2, 5, 7 ] |
| Defendants. | |

This *pro se* civil action was filed on May 18, 2016, on which date the court notified the plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved *in forma pauperis* application. Specifically, the plaintiff was informed that the *in forma pauperis* application that he had filed was deficient because he had not attached a certificate of funds or a copy of his prisoner-trust-account statement showing transactions for the last six months. The plaintiff was notified that failure to pay the fee or file the complete application materials within twenty-eight days would result in dismissal of the action. The plaintiff consented to proceed before a magistrate judge (ECF No. 6.[1]) The plaintiff did not pay the filing fee or file a completed *in forma pauperis* application, and the deadline by which to

---

[1] Record citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

do so has passed. The new application that he filed was incomplete in that it did not include the required certificate of funds or a copy of his prisoner-trust-account statement showing transactions for the last six months. *See* 28 U.S.C. § 1915(b). For the foregoing reasons, the *in forma pauperis* applications are DENIED as incomplete. (ECF Nos. 2 and 5.) This action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application.

The plaintiff's motion to hold Judge Manley and public defender Holtgren criminally liable for murder, attempted murder and human trafficking is DENIED as meritless. (ECF No. 7.)

The clerk shall close the file.

**IT IS SO ORDERED.**

Dated:   August 5, 2016

_____
LAUREL BEELER
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE GARRISON,<br><br>    Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN, et al.,<br><br>    Defendants. | Case No.  16-cv-02687-LB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 5, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steve Garrison ID: CWT 252
885 N. San Pedro Street
San Jose, CA 95110


Dated: August 5, 2016


                                        Susan Y. Soong
                                        Clerk, United States District Court


                                        By:_____
                                        Nikki D. Riley, Deputy Clerk to the
                                        Honorable LAUREL BEELER