UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| STEVE GARRISON,<br><br>        Plaintiff,<br><br>    v.<br><br>EDMUND G. BROWN, et al.,<br><br>        Defendants. | Case No. 16-cv-02687-LB<br><br>**JUDGMENT** |

This action is dismissed without prejudice because the plaintiff failed to pay the filing fee or submit a completed application to proceed *in forma pauperis*.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  August 5, 2016

_____
LAUREL BEELER
United States Magistrate Judge

16-cv-02687-LB                                         1
JUDGMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVE GARRISON,

    Plaintiff,

v.

EDMUND G. BROWN, et al.,

    Defendants.

Case No.  16-cv-02687-LB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 5, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steve Garrison ID: CWT 252
885 N. San Pedro Street
San Jose, CA 95110

Dated: August 5, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Nikki D. Riley, Deputy Clerk to the
Honorable LAUREL BEELER

16-cv-02687-LB

2